UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 12-2550 (DEA) |
| v. | Hon. Douglas E. Arpert |
| JUAN CRUZ-ALVARADO | **DETENTION ORDER** |

This matter having been opened to the Court on the motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Sarah Wolfe, Assistant United States Attorney, appearing on behalf of the United States), in the presence of Andrea Bergman, attorney for the defendant, Juan Cruz-Alvarado, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the Defendant without bail because the Defendant poses a risk of flight; the Court having heard and considered the arguments of the parties at the initial appearance proceedings on June 27, 2012; the Defendant having consented to detention at this time; for the reasons stated by the Court on the record; and for good cause shown:

IT IS, therefore, on this 27th day of June, 2012,

ORDERED that the motion of the United States for an order detaining the Defendant without bail is hereby granted; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an

attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge